UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
Abraham Kupferstein,                                              Docket No.
                                      Plaintiff,   1:19-cv-01337-LDH-RER

       -against-

                                                                 FRCP Rule 7.1
Deutsche Bank National Trust Company; McCabe,   Disclosure Statement
Weisberg & Conway, LLC; Ocwen Loan Servicing, LLC,
                                                      Defendants.
------------------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant McCabe, Weisberg & Conway, LLC (a non-governmental corporate party) certifies that the following are defendant's corporate parents and publicly held corporations owning 10% or more of defendant's stock:

                                                           - None -

Dated: April 8, 2019                                      McCabe, Weisberg & Conway, LLC
       Melville, New York

                                                       by: /s/ Edward Rugino
                                                           Edward Rugino (ER8769)
                                                           1 Huntington Quadrangle, Suite 2S09
                                                            Melville, NY 11747
                                                            Tel. (631) 812-4084
                                                           ERugino@mwc-law.com

To: Alex Kadochnikov (*via ECF*)
    Andreas Euripides Christou (*via ECF*)
    Fernando Carlos Rivera-Maissonet (*via ECF*)